UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) CASE NO. 17 CV - 00847<br>) |
| v. | )<br>) **PLAINTIFF'S *EX PARTE* MOTION** |
| PISHON HOLDING LLC, a Limited Liability Company, SUNG HONG a/k/a LAWRENCE HONG OR LAURENCE HONG an individual, and HYUN JOO HONG a/k/a GRACE HONG an individual, | ) **TO LIFT SEAL**<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Plaintiff, the United States Commodity Futures Trading Commission ("CFTC"), has moved *ex parte* to lift the seal over the entire docket and file (DKT #6) in the above-captioned proceeding.

**IT IS HEREBY ORDERED** that Plaintiff's *Ex Parte* Motion to Lift Seal is GRANTED and that the entire docket and file be unsealed.

**IT SO ORDERED**, at Seattle, Washington on this __7th__ day of June, 2017 at __6:35__ a.m./~~p.m.~~

_____
UNITED STATES DISTRICT JUDGE
JAMES L. ROBART

Presented by:

_Alison B. Wilson_
Alison B. Wilson
Attorney for Plaintiff


Plaintiff's *Ex Parte* Motion
To Lift Seal

Alison Wilson
CFTC
1155 21st St, NW
Washington, DC 20582
202-418-5568