UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PISHON HOLDING LLC, a Limited Liability Company, SUNG HONG a/k/a LAWRENCE HONG OR LAURENCE HONG an individual, and HYUN JOO HONG a/k/a GRACE HONG an individual,<br><br>Defendants. | CIVIL CASE NO. 2:17 CV- 00847<br><br>ORDER GRANTING MOTION TO CONTINUE SHOW CAUSE HEARING |

Plaintiff, the Commodity Futures Trading Commission ("Commission" or "CFTC"), pursuant to Federal Rule of Civil Procedure 7(b), has filed a motion to continue the scheduled show cause hearing. Currently, the hearing is set for Monday, June 12, 2007. Plaintiff CFTC has provided good cause for this hearing to be rescheduled. THEREFORE, the show cause hearing shall be set for _Monday, June 26, 2017, at 2:00 p.m._ Pursuant to Federal Rule of Civil Procedure 65(b)(2), the court extends the statutory restraining order ("SRO") (Dkt. # 5) 14 days, to June 29, 2017. Fed. R. Civ. P 65(b)(2); Commodity Futures Trading Comm'n v. Lake Shore Asset Mgmt., Ltd., 496 F.3d 769 (7th Cir. 2007). The court finds good cause for extending the SRO to June 29, 2017, to provide time for the defendants to obtain civil counsel and the parties to discuss a consent preliminary injunction, and given Mr. Hong's detention and the pending related criminal matter. (See Mot. (Dkt. #8) at 2.)

IT SO ORDERED, at Seattle, Washington on this _8th_ day of _June_, 2017 at _9:15_ (a.m.)/p.m.

_____
UNITED STATES DISTRICT JUDGE
JAMES L. ROBART

Presented by:
_Alison B. Wilson_
Alison B. Wilson
Attorney for Plaintiff
Alison B. Wilson
Attorney for Plaintiff