# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> PISHON HOLDING LLC, et al., <br><br> Defendants. | CASE NO. C17-0847JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On June 8, 2017, the court granted Plaintiff United States Commodity Futures Trading Commission's ("the CFTC") unopposed motion to continue the preliminary injunction hearing from June 12, 2017, to June 26, 2017, at 2:00 p.m. (6/8/17 Order (Dkt. # 9) at 1.) The court also extended the statutory restraining order to June 29, 2017. (*See id.*)

The court further ORDERS that Defendants Pishon Holding LLC, Laurence Hong, and Grace Hong's responses, if any, to the CFTC's motion for a preliminary injunction, are due no later than Monday, June 19, 2017, at 12:00 p.m. The CFTC's reply, if any, is due no later than Thursday, June 22, 2017, at 12:00 p.m.

Filed and entered this 13th day of June, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2