UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PISHON HOLDINGS LLC, a Limited Liability Company, SUNG HONG a/k/a LAWRENCE HONG OR LAURENCE HONG an individual, and HYUN JOO HONG a/k/a GRACE HONG an individual,<br><br>Defendants. | CASE NO. C17-0847MJP<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND STAY THE PROCEEDINGS |

This matter comes before the Court on Defendant Hyun Joo (Grace) Hong's motion to set aside default and stay the proceedings. (Dkt. No. 31.) Having reviewed the motions and the supporting exhibits, the Court GRANTS the motion, thereby setting aside the default and staying all discovery. The parties shall notify the Court within 30 days from the resolution of the parallel criminal proceeding, *United States v. Hong*, CR17-00163TSZ and the Court will lift the stay.

ORDER GRANTING DEFENDANT'S MOTION
TO SET ASIDE DEFAULT AND STAY THE
PROCEEDINGS- 1

Resolution of the criminal proceedings shall include any plea agreement reached between Ms. Hong and the Government in that matter.

Dated this 6th day of September, 2017.

Marsha J. Pechman
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION
TO SET ASIDE DEFAULT AND STAY THE
PROCEEDINGS- 2