THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PISHON HOLDING LLC, a Limited Liability Company, SUNG HONG a/k/a LAWRENCE HONG OR LAURENCE HONG an individual, and HYUN JOO HONG a/k/a GRACE HONG an individual,<br><br>Defendants. | CASE NO. 2:17 CV- 00847<br><br>[~~PROPOSED~~] ORDER STRIKING NOTICE OF CLAIM |

THIS MATTER having come before the Court for consideration on the motion of U.S. Commodity Futures Trading Commission, and the Court having found that the Notice of Claim filed by Wayne Seminoff is improper under Federal Rule of Civil Procedure 24, as it does not set out sufficient grounds for either intervention by right or permission, it is hereby ORDERED that said Notice of Claim be STRICKEN.

Proposed Order Striking Notice of Claim

Presented by Alison Wilson
CFTC
1155 21st St, NW
Washington, DC 20582
202-418-5568

ENTERED this **30th** day of **October**, 2017.

_____
MARSHA J. PECHMAN,
United States District Judge for the Western District of Washington

Proposed Order Striking Notice of Claim

Presented by Alison Wilson
CFTC
1155 21st St, NW
Washington, DC 20582
202-418-5568