THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

U.S. COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

PISHON HOLDING LLC, a Limited Liability Company, SUNG HONG a/k/a LAWRENCE HONG OR LAURENCE HONG an individual, and HYUN JOO HONG a/k/a GRACE HONG an individual,

    Defendants.

CASE NO. 2:17 CV- 00847

**ORDER GRANTING MOTION TO LIFT STAY DUE TO RESOLUTION OF PARALLEL CRIMINAL PROCEEDINGS**

THIS MATTER having come before the Court for consideration of the U.S. Commodity Futures Trading Commission's ("Plaintiff") *Motion To Lift Stay Due To Resolution Of Parallel Criminal Proceedings*, and the Court having found that there is good cause to lift the stay of discovery entered by the Court on September 6, 2017 (D.E. # 34), it is hereby ORDERED that said Stay is LIFTED.

ENTERED this 8th day of May, 2018.

*[signature: Marsha J. Pechman]*
Marsha J. Pechman
United States District Judge