UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| US COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PISHON HOLDINGS, LLC, a Limited Liability Company; SUNG HONG a/k/a LAWRENCE HONG OR LAURENCE HONG, an individual; AND HYUN JOO HONG a/k/a GRACE HONG, an individual,<br><br>Defendants. | CASE NO. C17-847-MJP<br><br>ORDER GRANTING MOTION TO WITHDRAW |

The Court having considered Perkins Coie LLP's motion to withdraw as counsel of record for defendant Hyun Joo Hong, and reasons advanced in support of the motion; it is hereby ORDERED that Perkins Coie LLP's motion withdraw be, and the same hereby is, GRANTED; and it is further ORDERED that Perkins Coie LLP is no longer counsel of record for defendant Hyun Joo Hong in this case; and it is further ORDERED that the limited appearance of Perkins

1 | Coie LLP attorney Thomas W. Hillier, II on behalf of defendant Hyun Joo Hong, be, and hereby

2 | is, terminated; and it is further ORDERED that the Clerk of the Court and all parties shall

3 | remove Perkins Coie LLP, including the attorney Thomas W. Hillier, II, from the service lists

4 | associated with this action, including the CM/ECF service list.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 25, 2018.

Marsha J. Pechman
United States District Judge