# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| U.S. COMMODITY FUTURES TRADING COMMISSION, | CASE NO. C17-847-MJP |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| PISHON HOLDING LLC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of the parties' Joint Status Report, in which the U.S. Commodity Futures Trading Commission indicates its intent to file Motions for Default Judgment in this matter. (Dkt. No. 65.) The Court hereby ORDERS that any Motion for Default Judgment be filed within thirty days of the date of this order.

The clerk is ordered to provide copies of this order to all counsel.

Filed November 6, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER - 2