# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PISHON HOLDING LLC, SUNG HONG a/k/a LAWRENCE HONG or LAURENCE HONG, and HYUN JOO HONG a/k/a GRACE HONG,<br><br>　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 17-0847MJP |

___　　**Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X　　**Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Plaintiff's Motion for Entry of Default Judgment against Defendants Pishon Holdings, Laurence Hong, and Grace Hong, and its request for entry of a permanent injunction and restitution are GRANTED.

Dated December 27, 2018.

　　　　　　　　　　　　　　　　　　　William M. McCool  
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/ Paula McNabb  
　　　　　　　　　　　　　　　　　　　Deputy Clerk